COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Marilyn McCollom v. Newcor Ventures, Inc.

Appellate case number:      01-17-00900-CV

Trial court case number:    1095606

Trial court:                County Civil Court at Law No. 2 of Harris County

Appellant, Marilyn McCollum, has filed a notice of appeal of the trial court's final judgment in a forcible detainer proceeding. The judgment awards possession of the property at issue to appellee, Newcor Ventures, Inc.; provides that "a writ of possession may issue on or after January 5, 2018"; and sets a supersedeas bond in the amount of $24,000.00. On December 29, 2017, McCollom filed an "Emergency Motion to Stay Eviction Order and Posting of Supersedeas Bond." She asks that we "stay the execution of the eviction or payment of the supersedeas bond."

We **deny** McCollom's motion. *See* TEX. PROP. CODE ANN. § 24.007 (Vernon Supp. 2017) ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."); TEX. R. CIV. P. 510.13 ("The judgment of the county court may not be stayed unless within 10 days from the judgment the appellant files a supersedeas bond in an amount set by the county court pursuant to Section 24.007 of the Texas Property Code."); *see also Hernandez v. U.S. Bank Trust N.A. as Trustee for LSF8 Master Participation Trust*, 527 S.W.3d 307, 310 (Tex. App.—El Paso 2017, no pet.); *Guillen v. U.S. Bank, N.A.*, 494 S.W.3d 861, 865 (Tex. App.—Houston [14th Dist.] 2016, no pet.)

It is so ORDERED.

Judge's signature: /s/ Terry Jennings _____
                    ☑ Acting individually      ☐ Acting for the Court

Date: January 3, 2018 _____